UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |  |
|---|---|---|
| ROBERT L. CHISHOLM, | : | CASE NO. 1:15-CV-00174 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : | OPINION & ORDER |
|  | : | [Resolving Doc. 26] |
| CUYAHOGA COUNTY, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

      Plaintiff Robert Chisholm sues Defendant Cuyahoga County for interfering with Plaintiff Chisholm's Family and Medical Leave Act ("FMLA") rights and for retaliating against Chisholm for exercising his FMLA rights.[1] As part of discovery, Defendant Cuyahoga County made a Rule 30(b)(6) witness available for deposition. Plaintiff now moves to depose a second 30(b)(6) witness regarding the retirement benefits available to Cuyahoga County employees.[2] Defendant opposes the motion, arguing that the previous 30(b)(6) witness answered all questions which she was asked; that Plaintiff failed to pursue this line of inquiry at the appropriate time; and that deposition of a representative of non-party Ohio Public Employees Retirement System ("OPERS") would be more appropriate.[3]

      The Court agrees with Defendant Cuyahoga County. It is not the Defendant's responsibility to bear the burden of Plaintiff's failure to pursue the line of inquiry, particularly when a more appropriate source of information is available. The Court **DENIES** Plaintiff's

---

[1] Doc. 1.
[2] Doc. 26.
[3] Doc. 27.

Case No. 1:15-CV-00174
Gwin, J.

motion for Defendant to produce an additional 30(b)(6) witness.

      IT IS SO ORDERED

Dated: October 7, 2015          s/ *James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE